Before STATE INDUSTRIAL BOARD, Respondent. MARGARET REILLY and Others, Respondents, v. R. H. MACY & Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ANNA RENVALL, Respondent, v. D. C. SERBER, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. LOUIS RISO, Respondent, v. THE NEW YORK AIR BRAKE COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

THORNTON D. ROBERTS, Appellant, v. ALPHONSO T. CLEARWATER, Respondent. — Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. RAFAELA RODRIGUEZ, Respondent, v. WILSON & Co., Appellant.— Motion denied, without costs.

EVA M. ROOT, as Surviving Administratrix, etc., of FLOYD ROOT, Deceased, Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ISIDORE ROSNER, Respondent, v. UNION BAG COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

RALPH RUGGIERO, Respondent, v. MARIE RUGGIERO, Appellant.— Motion granted, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. CARMINE SALGICCIOLI, Respondent, v. LAUR & MACK CONSTRUCTION COMPANY and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award should have been limited to partial loss of use of one finger, and also because a medical report was received in evidence without opportunity to appellants to cross-examine in reference thereto. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. HEINRICH WILHELM SEHLMEYER and Others, Appellants, v. NEW YORK DOCK COMPANY and Another, Respondents.— Decision unanimously affirmed, without costs.

OWEN SHANLEY, Respondent, v. WHITEHEAD BROTHERS COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

CHARLES E. SHAW v. WILLIAM H. BOCKUS.— Motion granted, with ten dollars costs.

CHARLES E. SHAW v. ALICE H. SHAW.— Motion granted, with ten dollars costs.

GEORGE SIMPSON, Appellant, v. FREDERICK PERKINS, Respondent.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN STANTON, Respondent, v. MICHAEL RAFFERTY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. HATTIE STEIN, Respondent, v. FRED W. FORNESS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

FLOSSIE L. TANNER, Respondent, v. HENRY S. TANNER, Appellant.— Orders unanimously affirmed, with ten dollars costs and disbursements in one motion.

Before STATE INDUSTRIAL BOARD, Respondent. VERA TARATUTA, Respondent.